1  JON A. HEABERLIN (SBN 199810)
   **RANKIN | STOCK | HEABERLIN | ONEAL**
2  96 North Third St., Suite 500
   San Jose, CA 95112-7709
3  (408) 293-0463
   jon@rankinstock.com
4
   Attorneys for Defendants
5  CITY OF SANTA CLARA, COLIN STEWART

6

7
                            UNITED STATES DISTRICT COURT
8
                          NORTHERN DISTRICT OF CALIFORNIA
9
                                   SAN JOSE DIVISION
10

11 | AMANDA SOMMERS; and RICHARD SOMMERS | Case No.   5:17-cv-04469 BLF
12 |                                     |
13 |                         Plaintiffs, | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL – EXHIBIT "B" TO DECLARATION OF ALEXANDER JASON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
14 | v.                                  |
15 | CITY OF SANTA CLARA; COLIN STEWART; and DOES 1-25, |
16 |                        Defendants.  | Date: January 7, 2021
   |                                     | Time: 9:00 a.m.
17 |                                     | Courtroom 3 (5th Floor)

18
   **TO THE COURT, TO PLAINTIFFS AMANDA SOMMERS AND RICHARD**
19
   **SOMMERS, AND TO THEIR COUNSEL OF RECORD:**
20
   **PLEASE TAKE NOTICE**, In accordance with Civil L.R. 7-11 and 79-5, Defendants
21
   CITY OF SANTA CLARA and COLIN STEWART move for an order to seal Exhibit "B" to the
22
   Declaration of Alexander Jason in Support of Motion for Summary Judgment.
23
   This Motion is made on the grounds that the Court has entered a Protective Order in this
24
   case (Docket 29), and that the Exhibit contains photographs of a graphic nature of the decedent in
25
   the moments immediately preceding, and during, the shooting.  Defendants believe that Plaintiffs
26
   may consider these photographs to implicate theirs' and their decedent's right to privacy, and
27

28
                                              1

therefore out of an abundance of caution Defendants request that Exhibit "B" be conditionally sealed.

DATED: /s/ Dec. 3, 2020     RANKIN | STOCK | HEABERLIN | ONEAL

By: */s/ Jon A. Heaberlin*
JON A. HEABERLIN
*Attorneys for Defendants*

### DECLARATION OF JON A. HEABERLIN

1. I am counsel of record in this action for all Defendants. I am licensed to practice before all courts of the State of California and in the United States District Court for the Northern District of California. As to each matter in this Declaration, I have personal knowledge, except to the extent I state that anything is based upon my information and belief.

2. The proposed document to be sealed (Exhibit "B" to Declaration of Alexander Jason In Support of Motion for Summary Judgment) contains photographs of a graphic nature of the decedent in the moments immediately preceding, and during, the shooting. I believe that Plaintiffs may consider these photographs to implicate theirs' and their decedent's right to privacy, and may prefer these images not be publicly filed. I therefore out of an abundance of caution am requesting that Exhibit "B" be conditionally sealed.

I declare, under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: /s/ Dec. 3, 2020

*/s/ Jon A. Heaberlin*
JON A. HEABERLIN