JON A. HEABERLIN (SBN 199810)
**RANKIN | STOCK | HEABERLIN | ONEAL**
96 North Third St., Suite 500
San Jose, CA 95112-7709
(408) 293-0463
jon@rankinstock.com

Attorneys for Defendants
CITY OF SANTA CLARA, COLIN STEWART

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMANDA SOMMERS; and RICHARD SOMMERS<br><br>                     Plaintiffs,<br><br>     v.<br><br>CITY OF SANTA CLARA; COLIN STEWART; and DOES 1-25,<br><br>                 Defendants. | Case No.    5:17-cv-04469 BLF<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING DISMISSAL WITH PREJUDICE OF COLIN STEWART** |

IT IS HEREBY STIPULATED by and between the parties to this action through their

counsel of record that Defendant Colin Stewart shall be shall be dismissed <u>with prejudice</u> pursuant

to FRCP 41(a)(1).


//

//

//

//

//

//

//

1    DATED:  /s/ March 26, 2021                    RANKIN | STOCK | HEABERLIN | ONEAL

2                                          By:    _____
                                                        */s/ Jon A. Heaberlin*
3                                                        JON A. HEABERLIN
                                                       *Attorneys for Defendants*
4
     Dated:  __/s/ March 26, 2021__               LAW OFFICE OF FULVIO F. CAJINA
5
                                                  By:____/s/ Fulvio F. Cajina_____
6                                                 Fulvio F. Cajina
                                                  Attorneys for Plaintiffs
7

8

9
                                        **ORDER**
10
           Defendant Colin Stewart is hereby DISMISSED WITH PREJUDICE.
11

12
     **IT IS SO ORDERED.**
13

14   Dated:__March 26, 2021__            _____
15                                       JUDGE OF THE US DISTRICT COURT

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Proposed Order Regarding Dismissal with Prejudice of Colin Stewart