UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMANDA SOMMERS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>        Defendants. | Case No. 17-cv-04469-BLF<br><br>**ORDER VACATING TRIAL DATES AND REQUESTING STATUS UPDATE OR DISMISSAL BY MAY 31, 2021** |

The Court has received the parties' notice of settlement. *See* Notice, ECF 72. Accordingly, the Court VACATES the trial dates and REQUESTS a status update or stipulated dismissal by May 31, 2021.

**IT IS SO ORDERED.**

Dated: March 30, 2021

_____
BETH LABSON FREEMAN
United States District Judge