JON A. HEABERLIN (SBN 199810)
**RANKIN | STOCK | HEABERLIN | ONEAL**
96 North Third St., Suite 500
San Jose, CA 95112-7709
(408) 293-0463
jon@rankinstock.com

Attorneys for Defendants
CITY OF SANTA CLARA, COLIN STEWART

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| AMANDA SOMMERS; and RICHARD SOMMERS<br><br>Plaintiffs,<br>v.<br><br>CITY OF SANTA CLARA; COLIN STEWART; and DOES 1-25,<br><br>Defendants. | Case No.   5:17-cv-04469 BLF<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING DISMISSAL WITH PREJUDICE OF CITY OF SANTA CLARA, DOE AND ALL REMAINING DEFENDANTS** |
|---|---|

IT IS HEREBY STIPULATED by and between the parties to this action through their counsel of record that Defendant CITY OF SANTA CLARA, as well as all DOE and all other remaining Defendants, shall be shall be dismissed <u>with prejudice</u> pursuant to FRCP 41(a)(1).

//
//
//
//
//
//

1

Stipulation and ~~Proposed~~ Order Regarding Dismissal with Prejudice of City of Santa Clara, Doe, and All Remaining Defendants

| | | |
|---|---|---|
| DATED: May 12, 2021 | | RANKIN | STOCK | HEABERLIN | ONEAL |
| | By: | */s/ Jon A. Heaberlin* |
| | | JON A. HEABERLIN |
| | | *Attorneys for Defendants* |
| DATED: May 12, 2021 | | LAW OFFICE OF FULVIO F. CAJINA |
| | By: | */s/ Fulvio F. Cajina* |
| | | Fulvio F. Cajina Attorneys for Plaintiffs |

## ORDER

Pursuant to the above stipulation, all remaining Defendants, including the CITY OF SANTA CLARA, are hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: May 17, 2021

*[signature]*

JUDGE OF THE US DISTRICT COURT

2

Stipulation and ~~Proposed~~ Order Regarding Dismissal with Prejudice of City of Santa Clara, Doe, and All Remaining Defendants